STATE OF NEW JERSEY v. PATRICIA MOLDOCH.

January 10, 1989.

Petition for certification denied.

KEVIN E. COLLINS v. ROBERT EDMISTON, ET AL.

January 10, 1989.

Petition for certification denied.

GATX TERMINALS CORPORATION, ETC. v. CRUM AND FORSTER INSURANCE COMPANIES, ETC., ET AL.

January 10, 1989.

Petition for certification denied.

CEIL ABEL v. CITY OF ATLANTIC CITY, ATLANTIC COUNTY, NEW JERSEY.

January 10, 1989.

Petition for certification denied. (See 228 *N.J.Super.* 360)